

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| vs. | : | |
| ROBERT WILLIAMS | : | NO. 08-201-4 |

## ORDER

**AND NOW**, this 2nd day of June, 2009, for the reasons set forth in the accompanying Memorandum of even date, and in accordance with 18 U.S.C. § 3142(e), (f) and (g), the Court concludes that the Government:

(A) has proved by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Mr. Williams's appearance for trial in this matter as required; and

(B) has proved by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community as required by 18 U.S.C. § 3142(d).

Therefore, it is ORDERED that Mr. Williams's motion for bail (Docket No. 96) is **DENIED** and that he remain committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Mr. Williams be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States, or on request of an attorney for the Government, the person in charge of the corrections

facility in which Mr. Williams is confined deliver Mr. Williams to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

BY THE COURT:

_____
Gene E.K. Pratter
United States District Judge